UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTICE LOHNER,<br><br>      Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>      Respondent.<br>                                    / | No. C 06-7670 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Respondent has filed an <u>ex parte</u> application for an extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney Ross Moody, the court GRANTS respondent's application. (Docket # 13.) Respondent must file and serve his response no later than **November 23, 2007**. Petitioner must file and serve his traverse no later than **December 28, 2007**.

IT IS SO ORDERED.

DATED: September 21, 2007

                                                                SUSAN ILLSTON<br>                                               United States District Judge