UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTICE D. LOHNER, | No. C 06-7670 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| KATHLEEN PROSPER, warden, | |
| Respondent. | |

Respondent has filed two ex parte requests for extensions of the deadline to respond to the petition for writ of habeas corpus. Having considered the requests and the accompanying declarations of attorney Pamela Critchfield, as well as petitioner's letters opposing the extension of the deadline, the court GRANTS respondent's requests. (Docket # 32, # 35.) Respondent must file and serve her answer to the petition for writ of habeas corpus no later than **March 6, 2009**. No further extensions of the deadline should be expected. Petitioner must file and serve his traverse no later than **April 10, 2009.**

IT IS SO ORDERED.

DATED: February 2, 2009

SUSAN ILLSTON
United States District Judge