UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTICE D. LOHNER, | No. C 06-7670 SI (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KATHLEEN PROSPER, Warden, | |
| Respondent. / | |

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of Respondent.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 16, 2009

SUSAN ILLSTON
United States District Judge