UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTICE D. LOHNER,

        Plaintiff,

v.

PEOPLE OF STATE OF CA et al,

        Defendant.

Case Number: CV06-07670 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martice D. Lohner T-70373
1975 Santa Rosa Avenue, #18
Santa Rosa, CA 95407

Dated: January 12, 2010

Richard W. Wieking, Clerk
By: Tracy Forakis, Deputy Clerk